Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEAN DEGIUSEPPE-BACK<br><br>Plaintiff,<br><br>vs.<br><br>HOMEWARD RESIDENTIAL INC; OCWEN LOAN SERVICING, LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 5:14-cv-01005-RGK-SS<br><br>[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL |

///
///
///
///

---

[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL
5:14-cv-01005-RGK-SS

1

The Court, having reviewed the Joint Stipulation of Plaintiff and Defendants, and good cause appearing therefore, ORDERS that Defendants HOMEWARD RESIDENTIAL, INC. and OCWEN LOAN SERVICING LLC shall be Dismissed WITH PREJUDICE.

IT IS ORDERED THAT:

1. The Action is dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(a)(ii)

2. The parties are to bear their own costs and attorney's fees.

**IT IS HEREBY SO ORDERED.**

Dated: June 17, 2014

Hon. R. Gary Klausner
United States District Judge

**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL**
5:14-cv-01005-RGK-SS